

July 22, 2024

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226



FILED
JUL 29 2024
CLERK'S OFFICE
DETROIT

United States Attorney
ATTN: Adriana Dydell
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211

To whom it may concern:

Please find enclosed documents in support of my petition for remission in the following judicial forfeiture case:

**United States v. Wendy Beard**
**Case Number 5:23-cr-20298**
Beginning at least as early as March 9, 2019, and continuing through at least October 14, 2022, in the Eastern District of Michigan, Southern Division, and elsewhere, defendant Wendy Beard (formerly Wendy Halsted), by way of the Halstead Gallery in Birmingham, Michigan, engaged in an ongoing scheme to defraud numerous individuals. The purpose of the scheme and artifice to defraud was for Beard to convert to her use multiple fine art photographs that had been provided to her on a consignment basis, in order to sell those photographs and keep the proceeds for herself (rather than turning over the proceeds to the consignors). In some instances, Beard also accepted payment for one or more photographs that she never provided to the purchasers.
https://www.justice.gov/usao-edmi/united-states-v-wendy-beard

Claims contained herein are submitted by Spencer D. Stone, an owner of forfeited assets and victim in the aforementioned case.

Please direct correspondence to my son, George Stone:
Contact: 202-320-5525 // Email: georgewstone@gmail.com
2205 California St. NW, apt 204, Washington, DC 20008

Sincerely,
Spencer D. Stone
3422 Cedarbrook Drive, Toledo Ohio 43615

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 200
JUL 23, 2024
$3.15
S2324A500983-06

48226

Retail

RDC 99

Stone
2005 California St NW
#204
Wash DC 20008

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

File Case No.
5:23-cr-20298