1

# STIPULATED PRELIMINARY ORDER OF FORFEITURE – CLAIM

**VICTIM: AMY MCCOMBS**
**VIN 7119647**
**3701 Sacramento Street**
**#197**
**San Francisco, CA, 94118**
**Phone:  415 672-4211**

*F I L E D*
AUG 1 3 2024
CLERK'S OFFICE
DETROIT

**USAO NUMBER 2022R00975**
**COURT DOCKET NUMBER 5:23-CR-20298**
**U.S. vs. Wendy Beard**

The following are eighteen (18) assets listed in Exhibit 1 and Exhibit 2 of the Notice of Stipulated Preliminary Order of Forfeiture that I am making a claim of ownership.  The Exhibit was provided to me by Adriana Dydell, Assistant United States Attorney, Eastern District of Michigan. I have been traveling over the last two months and only recently received the notice and was able to review and gather the pertinent documentation you request for these photographs.  I am the owner of each of the listed  photographs.

I am still reviewing John Thomson photographs listed in Exhibit 1.  I will be returning to my home at the end of August and will be able to access my digital data base.  If I find I own these photographs I will submit an additional claim.

1.  **LIGHTROOM ID# - 332 – Teiko Sadyoshi Shiotani (1899-1988) –** *Unknown title*/Snow Day **(see note below)** – 1929 image of six small figures in snow, from the 1984 album Landscape of the Rumbling Sea.  Spelling in English of the photographer's name varies, including Shioya Shiotani.  Artist's stamp verso, in Japanese with # 12 and date 1929.2.13 written on the back twice with inventory 163.SH.90

    **Owner - Purchased –** February 13, 1990

    **Note:**  Title is "Snow Day"

    **See Attachment A for supporting documentation.**

2. **LIGHTROOM ID# - 333 - Teiko Sadyoshi Shiotani (1899-1988) –** *Unknown title,* **(see note below),** 1929 girl on a swing at the beach, title verso in Japanese.  Marked verso No. 19, 1929.8.10. Artist's stamp verso also dated 1929.  Inventory #159.SH.90 verso lower right.  Published in "Teiko Shioya (alternative spelling) Masterpiece Collection Album 1923-1973.  Monochrome Photograph published 1975."  Sheet H-10.5"xW-9.75 full bleed tipped to 10.75"x10.25."

   **Owner - Purchased –** February 13, 1990

   **Note:**  Title is "Bathing Beach Scene"

   **See Attachment A for supporting documentation.**

3. **LIGHTROOM ID# - 334 – Teiko Sadyoshi Shiotani (1899-1988) -** *Unknown title,* **(see note below),** 1923 three figures on Tottori sand dunes, hazy focus.  Title verso in Japanese, signed lower right.  Marked verso with an inscription, 157.SH.90, and on the mat Oct 27, 1923.  Sheet H-10.5"xW-13.75" full bleed, mat 18"x20".

   **Owner - Purchased –** February 13, 1990

   **Note:**  Title is "Early Summer"

   **See Attachment A for supporting documentation.**

4. **LIGHTROOM ID# - 335 - Teiko Sadyoshi Shiotani (1899-1988) –** *Fishing Net* 1930 title verso in Japanese.  Marked verso with an inscription, 165.SH.90.  Published in 'Landscape of the Rumbling Sea'.  Sheet H-9.75"xW-11.5" full bleed, mat 18.25"s20"

   **Owner - Purchased –** February 13, 1990

   **See Attachment A for supporting documentation.**

5. **LIGHTROOM ID# 336 - Teiko Sadyoshi Shiotani (1899-1988) –** *Unknown title,* **(see note below),** 1960 signed lower left. A child stands near a white hat that has blown into a shaded furrow, their parent squatting nearby. Marked verso with an inscription and title, 164.SH.90. Sheet H-9.25"xW11.75" full bleed, mat 18"x20"

   **Owner - Purchased –** February 13, 1990

   **Note:**  Title is "Sand Dune"
   **See Attachment A for supporting documentation.**

6. **LIGHTROOM  ID#337 - Teiko Sadyoshi Shiotani (1899-1988) –** *Kite* 1923, three figures stand on a hilltop with a single kite, hazy focus.  Artist stamp with title and inscription verso in Japanese, marked 162.SH.90. Sheet H-9.5"xW-9.25" full bleed. Tipped onto 9.75"X9.5"backing, mat 18"x20"

   **Owner - Purchased –** February 13, 1990

   **See Attachment A for supporting documentation.**

7. **LIGHTROOM ID 338 - Teiko Sadyoshi Shiotani (1899-1988) –** *Summer Festival Children* 1934, Five small children with toys.  Artist's stamp with title and inscription verso in Japanese, marked 1934.7.27, and 160.SH.90.  Sheet H-11.75"xW10.5" full bleed.  Tipped onto 12.25"x10.75" backing, mat 18"x20"

   **Owner - Purchased –** February 13, 1990

   **See Attachment A for supporting documentation**

8. **LIGHTROOM ID 339 -  Teiko Sadyoshi Shiotani (1899-1988) –** *Unknown title* **(see note below),** 1928 A small child on a stone wall near a torrii gate and windsocks. Artist's stamp with title and inscription version in Japanese, marked, and 158.SH.90. Sheet H-6.25"xW-10.75" full bleed, mat 18.25"x20"

   **Owner - Purchased –** February 13, 1990

   **Note:**  Title is "Harbor Scene

   **See Attachment A for supporting documentation**

9. **LIGHTROOM ID 340 - Teiko Sadyoshi Shiotani (1899-1988) -** *Boys on Stilts* 1924 – seashore scene, hazy focus.  Title and inscription verso in Japanese and 161.SH.90. Sheet H-8.25xW-10.5" full bleed, tipped to 8.5"x10.75" mat 18.25"x20"

   **Owner - Purchased –** February 13, 1990

   **See Attachment A for supporting documentation**

10. **LIGHTROOM ID 341 - Teiko Sadyoshi Shiotani (1899-1988)** – *Shipwreck* 1929 off Akasaski, in what is now Kotoura, Tottori Perfecture, Japan.  Signed, with inscription, in Japanese, with artist's stamp and label.  This image is public domain.  Spelling in English of the photographer's name varies, including Shioy Shiotan.
H-9.25xW17.75" full bleed.  Mat 14x20.

**Owner - Purchased** – February 13, 1990

**See Attachment A for supporting documentation**

11. **LIGHTROOM ID 342 – Marion Post Wolcott (1910-1990)** *(Note title below)* Negro day laborers brought in by truck from nearby towns waiting to be paid off for cotton picking and buy supplies inside plantation store. *Friday night, Marcella Plantation, Mileston, Mississippi Delta, Mississippi* 1939, photographed for FSA – printed in 19978 by MPW, signed verso and on the mat.  Image 9.5"x8.5" Sheet 14"x11" Mat 17"x14".  The full title is pasted verso and written by hand.  Negatives held at Library of Congress.

**Owner - Purchased** – July 25, 1991

**Note:**  Title is "Waiting To Be Paid, Marcella Plantation, Milestone, Mississippi"

**See Attachment A for supporting documentation**

12. **LIGHTROOM ID 343 – John Gutmann (1905-1998)** – *Elevator Garage Chicago* 1936, signed, dated and title verso along with various other penciled notations.  Image 8.25"x7.75" Sheet 10"x8" Mat 15.75"x14.25"

**Owner - Purchased** – 1990

**See Attachment A for supporting documentation**

13. **LIGHTROOM ID 353 – Marion Post Wolcott (1910-1990)** – *Old mountain cabin made of hand-hewn logs near Jackson, Breathitt County, Kentucky ca. 1940 taken for the FSA, negatives are held in the Library of Congress.  Gelatin silver print image 8"x11", Sheet 11"x14" Mat 16"x20".* **(see note below)**

**Owner - Purchased** – July 25, 1991

**Note:** Title is  "Boy in Doorway"

**See Attachment A for supporting documentation**

**14. LIGHTROOM ID 354 – Marion Post Wolcott (1910-1990) –** *Mrs. Lloyd, ninety-one, year- old victim of pellagra, mother of Miss Nettie Lloyd, was born and reared in Orange County and has lived on this spot since her marriage sixty-nine years ago. This is the road leading off from left Route 54 about four miles west of Carboro, Orange County, North Carolina.* 1939, title courtesy of the Library of Congress, photograph taken for the FSA, gelatin silver print image 9"x12", Sheet 11"x14" Mat 16"x20". **(see note below)**

**Owner - Purchased – July 25, 1991**

**Note:** Title is "Mrs. Lloyd and Her Daughter with Pellagra in Doorway of Log House, NC

**See Attachment A for supporting documentation**


**15. LIGHTROOM ID 356 – Anonymous photographer unknown –** Portrait of an Asian person in traditional dress, standing next to a Chinese style table with a blooming plant.  Noted on the mat next to some erasures: p.20  "Chinese man in traditional dress unknown French photographer" and 135.AN.89. Image 10.25"xw-7.34". Sheet 15.75"x11.75" Mat 20x16" **(see note below)**

**Owner - Purchased- 1989**

**Note:** Title is Chinese Boy in Traditional Dress
This is one of the unknown assets listed in Exhibit 1 and depicted with a copy in Exhibit 2

**See Attachment A for supporting documentation**


**16. LIGHTROOM ID 357 – Dorothea Lange (1895-1965) –** *Coldwater District, Broken Windmill, Dalhart, Texas.* 1937, signed upper left.  Notations verso:  Negative #38257, 309.LA.94, 5A M Series.  Image 12"x10" hinged to mat 20"x16". Dimensions, match the Dorothea Lange Digital Archive. **(see note below).**

**Owner - Purchased – 1994**

**Note:** Title is also "Broken Windmill."

**See Attachment A for supporting documentation**

17. **LIGHTROOM ID 358 – Dorothea Lange (1895-1965) –** *Back (Drought Refugees)* 1935 gelatin silver print, unsigned. Marked in pencil verso, *Man in Trousers,* 307.LA94, and with printing notes – has been trimmed through some of the notation.  Image 8"x5" in 20"x16 mat.   The subject piece is smaller than examples found at the Met Museum and Princeton's collection although the composition is the same. It is larger than that found in the Dorothea Lange Digital Archive, and the composition is different.  Needs further research for clarification.

**Owner - Purchased – 1994**

**See Attachment A for supporting documentation**

18. **LIGHTROOM ID 368 – Marion Post Wolcott (1910-1990) –** *Hotel Entrance Arch Miami, Fla* **(see note below).** 1939 later gelatin silver print 1982. Signature, title and date verso image 11.25"X8.25". Sheet 14"xMat 18"x14.

**Owner - Purchased – July 25, 1991**

**Note:**  Title is "Entrance in Roney Plaza Hotel, Miami, Florida

**See Attachment A for supporting documentation**

# STIPULATED PRELIMINARY ORDER OF FORFEITURE – CLAIM

**VICTIM: AMY MCCOMBS**
**3701 Sacramento Street**
**#197**
**San Francisco, CA, 94118**

**VIN 7119647**

**USAO NUMBER 2022R00975**
**COURT DOCKET NUMBER 5:23-CR-20298**
**U.S. vs. Wendy Beard**

## ATTACHMENT A

I have a large photographic collection and in 2007 commissioned a photographic curator and conservator to create a data base of the collection. Each individual photograph has an individual sheet with a small print of the photograph, description of the photograph, purchase date, title, condition, and conservation notes. In some cases historic verso information was photographed and recorded on the document.

Each photo has a collection record (rec) number (No) on the data base document. In most cases this record number is written on the verso of each photograph in my collection  The collection record included a unique inventory number, and the initials of the photographer and date purchased.

Here is an example from Exhibit 1:  Lightroom ID 332 – Photographer Teiko Sadayoshi Shiotani - purchased in 1990.  Collection record: 163.SH.90

In the Order of Forfeiture – Exhibit 1 under Title/Description the collection record number has been noted for most of the photographs that I am making a claim of ownership.

One photograph in Exhibit 1  (Lightroom ID 356)  that I am making a claim is indicated "Unknown" photographer with a photograph included in Exhibit 2.

In this attachment I have included the collection data sheet for each photograph for which I am making a claim along with a copy of the relevant Lightroom ID # and detail.  I apologize for the copy quality.  The data base is digitized, and I may be able to provide a digital version if you prefer.

Please let me know if you need additional information.


Amy McCombs

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

| | |
|---|---|
| COLLECTION REC. NO. | 163.SH.90 |
| DATE OF PURCHASE | 1990 |
| ARTIST/ATTRIBUTION | SHIOTANI, Teikoh (Japanese,1899-1988) |
| TITLE/DESCRIPTION | Snowy Day. |
| DATE OF CREATION | 1929 |

SURVEY DATE: 06/06/2007
PRICE $:

SIGNATURE: ☒

INSCRIPTIONS: ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL
☒ MOUNT ☒ HANDWRITTEN ☐ PRINTED ☒ LABEL

TEXT OF INSCRIPTIONS: Written in Japanese.

VERSO: ☒
**SEE VERSO**

ENLARGE IMAGE

STAMP: ☐ PRINT ☐ INK ☐ EMBOSSED
☒ MOUNT ☒ INK ☐ EMBOSSED

TEXT OF STAMP: Written in Japanese. See image.

PHOTOGRAPHIC MEDIA: Gelatin Silver Print, Developing-Out Paper(DOP)
HANDCOLORED ☐ MEDIA
SECONDARY SUPPORT TYPE: Paper
AUXILIARY SUPPORT:

SURFACE QUALITY: Semi-Matte
PRIMARY SUPPORT TYPE: Baryta Coated Paper
SECONDARY SUPPORT FORMAT:
PHOTOGRAPH HOUSING: Mat and Archival Box

ORIGINAL RETOUCHING: ☐

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 256 | 260 | |
| WIDTH | | 298 | 305 | |

CURRENT MARKET VALUE:
APPRAISAL DATE:

**CONDITION**

OVERALL ASSESSMENT: ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR
IMAGE LAYER: Surface stain.
I SUPPORT:
II SUPPORT: Adhesive residues and paper remnants on the verso.
AUXILIARY SUPPORT:

**CONSERVATION**

PRESERVATION NEEDS: ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☐ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS: ☐ Not Required ☒ Removal of Adhesives ☐ Compensating for Losses
☒ Surface Cleaning ☒ Removal from II Support ☐ Media Compensation
☐ Humidification/Flattening ☐ Consolidation ☐ Other...
☐ Lining ☐ Tears Repair

PRIORITY: ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

**COLLECTION REC. NO.** 159.SH.90

**SURVEY DATE** 06/06/2007

**DATE OF PURCHASE** 1990

**PRICE $**

**ARTIST/ATTRIBUTION** SHIOTANI, Teikoh (Japanese,1899-1988)

**SIGNATURE:** ☒

**TITLE/DESCRIPTION** Bathing Beach Scene

**DATE OF CREATION** 1929

**INSCRIPTION** ☐ PRINT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☒ MOUNT  ☒ HANDWRITTEN  ☐ PRINTED  ☒ LABEL

**VERSO** ☒

**SEE VERSO**

**TEXT OF INSCRIPTIONS** Written in Japanese. See image.

**STAMP** ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

**TEXT OF STAMP**

**ENLARGE IMAGE**

**PHOTOGRAPHIC MEDIA** Gelatin Silver Print, Developing-Out Paper(DOP)

**SURFACE QUALITY** Semi-Matte

**ORIGINAL RETOUCHING** ☐

**HANDCOLORED** ☐   **MEDIA**

**PRIMARY SUPPORT TYPE** Baryta Coated Paper

**SECONDARY SUPPORT TYPE** Paper

**SECONDARY SUPPORT FORMAT**

**AUXILIARY SUPPORT**

**PHOTOGRAPH HOUSING** Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| **HEIGHT** | | 266 | 273 | |
| **WIDTH** | | 250 | 260 | |

**CURRENT MARKET VALUE**

**APPRAISAL DATE**

**CONDITION**

**OVERALL ASSESSMENT** ☐ EXCELLENT  ☒ GOOD  ☐ FAIR  ☐ POOR

**IMAGE LAYER** Surface stain. Yellowing along the edges.

**I SUPPORT**

**II SUPPORT** Foxing and moderate yellowing on the label.

**AUXILIARY SUPPORT**

**CONSERVATION**

**PRESERVATION NEEDS** ☒ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☐ Mat  ☐ Frame  ☐ Other...

**TREATMENT PROPOSALS** ☐ Not Required  ☒ Removal of Adhesives  ☐ Compensating for Losses
☒ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

**PRIORITY** ☒ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

COLLECTION REC. NO. | 164.SH.90

SURVEY DATE | 06/06/2007

DATE OF PURCHASE | 1990

PRICE $ |

ARTIST/ATTRIBUTION | SHIOTANI, Teikoh (Japanese,1899-1988)

SIGNATURE: | ☒

TITLE/DESCRIPTION | Early Summer.

DATE OF CREATION | 1960

INSCRIPTION: ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL
☐ MOUNT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL

VERSO ☒
**SEE VERSO**

TEXT OF INSCRIPTIONS | Written in Japanese. See image.



**ENLARGE IMAGE**

STAMP ☐ PRINT ☐ INK ☐ EMBOSSED
☐ MOUNT ☐ INK ☐ EMBOSSED

TEXT OF STAMP |

PHOTOGRAPHIC MEDIA | Gelatin Silver Print, Developing-Out Paper(DOP)

SURFACE QUALITY | Semi-Glossy

ORIGINAL RETOUCHING ☒

HANDCOLORED ☐ · MEDIA |

PRIMARY SUPPORT TYPE | Baryta Coated Paper

SECONDARY SUPPORT TYPE | Paper

SECONDARY SUPPORT FORMAT |

AUXILIARY SUPPORT |

PHOTOGRAPH HOUSING | Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 235 | | |
| WIDTH | | 296 | | |

CURRENT MARKET VALUE |

APPRAISAL DATE |

**CONDITION**

OVERALL ASSESSMENT ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

IMAGE LAYER | Surface stain.

I SUPPORT |

II SUPPORT |

AUXILIARY SUPPORT |

**CONSERVATION**

PRESERVATION NEEDS | ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☐ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS | ☐ Not Required      ☐ Removal of Adhesives      ☐ Compensating for Losses
☒ Surface Cleaning      ☐ Removal from II Support      ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation      ☐ Other...
☐ Lining            ☐ Tears Repair

PRIORITY | ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS** |

*Lightroom ID 335*

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**



**ENLARGE IMAGE**

**COLLECTION REC. NO.** 165.SH.90

**DATE OF PURCHASE** 1990

**SURVEY DATE** 06/06/2007

**PRICE $**

**ARTIST/ATTRIBUTION** SHIOTANI, Teikoh (Japanese, 1899-1988)

**TITLE/DESCRIPTION** Fishing Nets.

**DATE OF CREATION** 1930

**SIGNATURE:** ☒

**INSCRIPTION** ☐ PRINT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☒ MOUNT  ☒ HANDWRITTEN  ☐ PRINTED  ☒ LABEL

**VERSO** ☒

**SEE VERSO**

**TEXT OF INSCRIPTIONS** Written in Japanese.

**STAMP** ☐ PRINT  ☐ INK  ☐ EMBOSSED
☒ MOUNT  ☒ INK  ☐ EMBOSSED

**TEXT OF STAMP** Written in Japanese. See image.

**PHOTOGRAPHIC MEDIA** Gelatin Silver Print, Developing-Out Paper(DOP)

**SURFACE QUALITY** Semi-Matte

**ORIGINAL RETOUCHING** ☐

**HANDCOLORED** ☐   **MEDIA**

**PRIMARY SUPPORT TYPE** Baryta Coated Paper

**SECONDARY SUPPORT TYPE** Paper

**SECONDARY SUPPORT FORMAT**

**AUXILIARY SUPPORT**

**PHOTOGRAPH HOUSING** Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| **HEIGHT** | | 249 | 259 | |
| **WIDTH** | | 293 | 320 | |

**CURRENT MARKET VALUE**

**APPRAISAL DATE**

---

**CONDITION**

**OVERALL ASSESSMENT** ☐ EXCELLENT  ☒ GOOD  ☐ FAIR  ☐ POOR

**IMAGE LAYER** Surface stain.

**I SUPPORT**

**II SUPPORT** Brown stain on label.

**AUXILIARY SUPPORT**

---

**CONSERVATION**

**PRESERVATION NEEDS** ☒ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☐ Mat  ☐ Frame  ☐ Other...

**TREATMENT PROPOSALS** ☐ Not Required
☒ Surface Cleaning
☐ Humidification/Flattening
☐ Lining
☐ Removal of Adhesives
☐ Removal from II Support
☐ Consolidation
☐ Tears Repair
☐ Compensating for Losses
☒ Media Compensation
☐ Other...

**PRIORITY** ☒ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

---

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

**COLLECTION REC. NO.** 157.SH.90

**DATE OF PURCHASE** 1990

**SURVEY DATE** 06/06/2007

**PRICE $**

**ARTIST/ATTRIBUTION** SHIOTANI, Teikoh (Japanese,1899-1988)

**TITLE/DESCRIPTION** Sand dune.

**SIGNATURE:** ☒

**DATE OF CREATION** 1923

**INSCRIPTION** ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

**VERSO** ☒

**SEE VERSO**

**TEXT OF INSCRIPTIONS** Written in Japanese. See image.

**STAMP** ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

**TEXT OF STAMP**

**ENLARGE IMAGE**

**PHOTOGRAPHIC MEDIA** Gelatin Silver Print, Developing-Out Paper(DOP)

**SURFACE QUALITY** Semi-Glossy

**ORIGINAL RETOUCHING** ☒

**HANDCOLORED** ☐  **MEDIA**

**PRIMARY SUPPORT TYPE** Baryta Coated Paper

**SECONDARY SUPPORT TYPE** Paper

**SECONDARY SUPPORT FORMAT**

**AUXILIARY SUPPORT**

**PHOTOGRAPH HOUSING** Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| **HEIGHT** | | 269 | | |
| **WIDTH** | | 346 | | |

**CURRENT MARKET VALUE**

**APPRAISAL DATE**

**CONDITION**

**OVERALL ASSESSMENT** ☐ EXCELLENT  ☒ GOOD  ☐ FAIR  ☐ POOR

**IMAGE LAYER** Surface stain.

**I SUPPORT**

**II SUPPORT**

**AUXILIARY SUPPORT**

**CONSERVATION**

**PRESERVATION NEEDS** ☒ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☐ Mat  ☐ Frame  ☐ Other...

**TREATMENT PROPOSALS** ☐ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☒ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

**PRIORITY** ☒ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

COLLECTION REC. NO. 162.SH.90

SURVEY DATE 06/06/2007

PRICE $

DATE OF PURCHASE 1990

ARTIST/ATTRIBUTION SHIOTANI, Teikoh (Japanese,1899-1988)

TITLE/DESCRIPTION Kite.

SIGNATURE: ☒

DATE OF CREATION 1923

INSCRIPTION: ☐ PRINT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL
☒ MOUNT ☒ HANDWRITTEN ☐ PRINTED ☒ LABEL

VERSO ☒
SEE VERSO

TEXT OF INSCRIPTIONS Written in Japanese.

STAMP ☐ PRINT ☐ INK ☐ EMBOSSED
☒ MOUNT ☒ INK ☐ EMBOSSED

TEXT OF STAMP Written in Japanese. See image.

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper(DOP)

SURFACE QUALITY Semi-Matte

ORIGINAL RETOUCHING ☐

HANDCOLORED ☐   MEDIA

PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT TYPE Paper

SECONDARY SUPPORT FORMAT

AUXILIARY SUPPORT

PHOTOGRAPH HOUSING Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 238 | 247 | |
| WIDTH | | 234 | 244 | |

CURRENT MARKET VALUE

APPRAISAL DATE

ENLARGE IMAGE

**CONDITION**

OVERALL ASSESSMENT ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

IMAGE LAYER Surface stain.

I SUPPORT Scratch.

II SUPPORT Adhesive residues and paper remnants on the verso.

AUXILIARY SUPPORT

**CONSERVATION**

PRESERVATION NEEDS ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☐ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS ☐ Not Required ☒ Removal of Adhesives ☐ Compensating for Losses
☒ Surface Cleaning ☐ Removal from II Support ☐ Media Compensation
☐ Humidification/Flattening ☐ Consolidation ☐ Other...
☐ Lining ☐ Tears Repair

PRIORITY ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs



**DESCRIPTION**

COLLECTION REC. NO. 160.SH.90

DATE OF PURCHASE 1990          SURVEY DATE 06/06/2007

PRICE $

ARTIST/ATTRIBUTION SHIOTANI, Teikoh (Japanese,1899-1988)

TITLE/DESCRIPTION Summer Festival Children.          SIGNATURE: ☒

DATE OF CREATION 1934

INSCRIPTION ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL          VERSO ☒

☒ MOUNT ☒ HANDWRITTEN ☐ PRINTED ☒ LABEL          SEE VERSO

TEXT OF INSCRIPTIONS Written in Japanese.

STAMP ☐ PRINT ☐ INK ☐ EMBOSSED          TEXT OF STAMP Written in Japanese. See image.

☒ MOUNT ☒ INK ☐ EMBOSSED

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper(DOP)          SURFACE QUALITY Semi-Matte          ORIGINAL RETOUCHING ☐

HANDCOLORED ☐ MEDIA          PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT TYPE Paper          SECONDARY SUPPORT FORMAT

AUXILIARY SUPPORT          PHOTOGRAPH HOUSING Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME | CURRENT MARKET VALUE |
|---|---|---|---|---|---|
| HEIGHT | | 265 | 274 | | APPRAISAL DATE |
| WIDTH | | 301 | 310 | | |

**CONDITION**

OVERALL ASSESSMENT ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

IMAGE LAYER Surface stain.

I SUPPORT One corner lifting from secondary support.

II SUPPORT Tapes remnants on the verso. Yellowing of the label.

AUXILIARY SUPPORT

**CONSERVATION**

PRESERVATION NEEDS ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☐ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS ☐ Not Required ☒ Removal of Adhesives ☐ Compensating for Losses
☒ Surface Cleaning ☐ Removal from II Support ☐ Media Compensation
☐ Humidification/Flattening ☐ Consolidation ☐ Other...
☐ Lining ☐ Tears Repair

PRIORITY ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

COLLECTION REC. NO. 158.SH.90

DATE OF PURCHASE 1990

SURVEY DATE 06/06/2007

PRICE $

ARTIST/ATTRIBUTION SHIOTANI, Teikoh (Japanese,1899-1988)

TITLE/DESCRIPTION Harbor Scene.

DATE OF CREATION 1928

INSCRIPTION ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL
☐ MOUNT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL

VERSO ☒

SEE VERSO

SIGNATURE: ☒

ENLARGE IMAGE

TEXT OF INSCRIPTIONS Written in Japanese.

STAMP ☒ PRINT ☒ INK ☐ EMBOSSED
☐ MOUNT ☐ INK ☐ EMBOSSED

TEXT OF STAMP Written in Japanese. See image.

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper(DOP)

SURFACE QUALITY Semi-Matte

ORIGINAL RETOUCHING ☐

HANDCOLORED ☐ MEDIA

PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT TYPE Paper

SECONDARY SUPPORT FORMAT

AUXILIARY SUPPORT

PHOTOGRAPH HOUSING Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 157 | | |
| WIDTH | | 273 | | |

CURRENT MARKET VALUE

APPRAISAL DATE

**CONDITION**

OVERALL ASSESSMENT ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

IMAGE LAYER Surface stain.

I SUPPORT

II SUPPORT Adhesive residues and paper remnants on the verso.

AUXILIARY SUPPORT

**CONSERVATION**

PRESERVATION NEEDS ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☐ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS ☐ Not Required ☒ Removal of Adhesives ☐ Compensating for Losses
☒ Surface Cleaning ☐ Removal from II Support ☐ Media Compensation
☐ Humidification/Flattening ☐ Consolidation ☐ Other...
☐ Lining ☐ Tears Repair

PRIORITY ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS**

*Lightroom in # 340*

# PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
## OWNER: Amy S. McCombs

## DESCRIPTION

COLLECTION REC. NO. 161.SH.90

DATE OF PURCHASE 1990

SURVEY DATE 06/06/2007

PRICE $

ARTIST/ATTRIBUTION SHIOTANI, Teikoh (Japanese,1899-1988)

TITLE/DESCRIPTION Boys on Sills.

DATE OF CREATION 1924

SIGNATURE: ☒

INSCRIPTIONS ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

VERSO ☐
SEE VERSO

TEXT OF INSCRIPTIONS Written in Japanese.

STAMP ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

TEXT OF STAMP

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper(DOP)

HANDCOLORED ☐   MEDIA

SURFACE QUALITY Semi-Matte

ORIGINAL RETOUCHING ☐

PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT TYPE Paper

SECONDARY SUPPORT FORMAT

AUXILIARY SUPPORT

PHOTOGRAPH HOUSING Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 206 | 213 | |
| WIDTH | | 267 | 275 | |

SECONDARY SUPPORT FORMAT

CURRENT MARKET VALUE

APPRAISAL DATE

## CONDITION

OVERALL ASSESSMENT ☐ EXCELLENT  ☒ GOOD  ☐ FAIR  ☐ POOR

IMAGE LAYER Surface stain.

I SUPPORT

II SUPPORT

AUXILIARY SUPPORT

## CONSERVATION

PRESERVATION NEEDS ☒ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS ☐ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☒ Surface Cleaning  ☐ Removal from II Support  ☒ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

PRIORITY ☒ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

## COMMENTS

ENLARGE IMAGE

*Bought from ID# 341*

# PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
## OWNER: Amy S. McCombs

## DESCRIPTION

COLLECTION REC. NO. 166.SH.90

DATE OF PURCHASE 1990

ARTIST/ATTRIBUTION SHIOTANI, Teikoh (Japanese,1899-1988)

TITLE/DESCRIPTION Wreck

DATE OF CREATION 1929

SURVEY DATE 06/06/2007

PRICE $

SIGNATURE: ☒



ENLARGE IMAGE

INSCRIPTION: ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☒ MOUNT  ☒ HANDWRITTEN  ☐ PRINTED  ☒ LABEL

TEXT OF INSCRIPTIONS Written in Japanese.

VERSO: ☒

SEE VERSO

STAMP ☐ PRINT  ☐ INK  ☐ EMBOSSED
☒ MOUNT  ☒ INK  ☐ EMBOSSED

TEXT OF STAMP Written in Japanese. See image.

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper(DOP)

HANDCOLORED ☐   MEDIA

SECONDARY SUPPORT TYPE Paper

AUXILIARY SUPPORT

SURFACE QUALITY Semi-Matte

ORIGINAL RETOUCHING ☐

PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT FORMAT

PHOTOGRAPH HOUSING Mat and Archival Box

DIMENSIONS (mm.) IMAGE | SHEET | MOUNT | FRAME

HEIGHT

WIDTH

CURRENT MARKET VALUE

APPRAISAL DATE

## CONDITION

OVERALL ASSESSMENT  ☐ EXCELLENT  ☒ GOOD  ☐ FAIR  ☐ POOR

IMAGE LAYER Surface stain.

I SUPPORT Stain on the verso.

II SUPPORT

AUXILIARY SUPPORT

## CONSERVATION

PRESERVATION NEEDS ☒ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☐ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS ☐ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☒ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

PRIORITY ☒ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

## COMMENTS

*Lightroom ID # 342*

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs



ENLARGE IMAGE

**DESCRIPTION**

| | |
|---|---|
| COLLECTION REC. NO. | 10.WO.91 |
| DATE OF PURCHASE | 1991 |
| ARTIST/ATTRIBUTION | WOLCOTT, Marion Post (American, 1910-1990) |
| TITLE/DESCRIPTION | Waiting To Be Paid, Marcella Plantation, Milestone, Missippi. |
| DATE OF CREATION | 1978 |

SURVEY DATE | 15/11/2007

PRICE $

SIGNATURE: ☒

INSCRIPTION | ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

VERSO ☒
SEE VERSO

TEXT OF INSCRIPTIONS | Young negro boys, often tucked from nearbt towns, waiting to be paid off for picking cotton. In Marcella Plantation store, Milestone, Miss. Photographer for FSA by MPW, 1939. Archivally Printed by MPW, 1978.

STAMP | ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

TEXT OF STAMP

PHOTOGRAPHIC MEDIA | Gelatin Silver Print, Developing-Out Paper (DOP)

HANDCOLORED ☐ ·   MEDIA

SURFACE QUALITY | Semi-Glossy

ORIGINAL RETOUCHING ☐ ·

PRIMARY SUPPORT TYPE | Baryta Coated Paper (Agfa)

SECONDARY SUPPORT TYPE

AUXILIARY SUPPORT

SECONDARY SUPPORT FORMAT

PHOTOGRAPH HOUSING | Mat

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 353 | | |
| WIDTH | | 276 | | |

CURRENT MARKET VALUE
APPRAISAL DATE

---

**CONDITION**

| | |
|---|---|
| OVERALL ASSESSMENT | ☒ EXCELLENT  ☐ GOOD  ☐ FAIR  ☐ POOR |
| IMAGE LAYER | |
| I SUPPORT | |
| II SUPPORT | |
| AUXILIARY SUPPORT | |

---

**CONSERVATION**

PRESERVATION NEEDS | ☐ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS | ☒ Not Required       ☐ Removal of Adhesives       ☐ Compensating for Losses
☐ Surface Cleaning       ☐ Removal from II Support       ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation       ☐ Other...
☐ Lining       ☐ Tears Repair

PRIORITY | ☐ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

---

COMMENTS | Signature in pencil on the mat.

*Lightroom ID# 343*

### PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

COLLECTION REC. NO. | 15.GU.90

DATE OF PURCHASE | 1990

SURVEY DATE | 07/12/2007

PRICE $ |

ARTIST/ATTRIBUTION | GUTMAN, John (American,1905.1988)

TITLE/DESCRIPTION | Elevator Garage, Chicago.

DATE OF CREATION | 1936 (print)

INSCRIPTION! ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL
☐ MOUNT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL

SIGNATURE: ☒

VERSO ☒

SEE VERSO

TEXT OF INSCRIPTIONS | On the verso: signature



**ENLARGE IMAGE**

STAMP! ☐ PRINT ☐ INK ☐ EMBOSSED
☐ MOUNT ☐ INK ☐ EMBOSSED

TEXT OF STAMP |

PHOTOGRAPHIC MEDIA | Gelatin Silver Print, Developing-Out Paper (DOP)

HANDCOLORED ☐ ' MEDIA |

SURFACE QUALITY | Semi-Glossy

ORIGINAL RETOUCHING | ☐ '

SECONDARY SUPPORT TYPE |

AUXILIARY SUPPORT |

PRIMARY SUPPORT TYPE | Baryta Coated Paper

SECONDARY SUPPORT FORMAT |

PHOTOGRAPH HOUSING | Mat

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 254 | | |
| WIDTH | | 200 | | |

CURRENT MARKET VALUE |

APPRAISAL DATE |

**CONDITION**

OVERALL ASSESSMENT | ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

IMAGE LAYER |

I SUPPORT | Light planar distortion.

II SUPPORT |

AUXILIARY SUPPORT |

**CONSERVATION**

PRESERVATION NEEDS | ☐ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☒ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS | ☒ Not Required ☐ Removal of Adhesives ☐ Compensating for Losses
☐ Surface Cleaning ☐ Removal from II Support ☐ Media Compensation
☐ Humidification/Flattening ☐ Consolidation ☐ Other...
☐ Lining ☐ Tears Repair

PRIORITY | ☐ Cleaning ☒ Housing ☐ Conservation ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

1-4h+s ... .. 10 h 353



ENLARGE IMAGE

**DESCRIPTION**

COLLECTION REC. NO. | 173.WO.91

DATE OF PURCHASE | 1991

ARTIST/ATTRIBUTION | WOLCOTT, Marion Post (American, 1910-1990)

TITLE/DESCRIPTION | Boy in Doorway

DATE OF CREATION | 1970 -'80

SURVEY DATE | 15/11/2007

PRICE $

SIGNATURE: ☒

INSCRIPTION! ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

VERSO ☒

SEE VERSO

TEXT OF INSCRIPTIONS | On the verso: Marion Post Wolcott. Various numbers.

STAMP! ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

TEXT OF STAMP

PHOTOGRAPHIC MEDIA | Gelatin Silver Print, Developing-Out Paper (DOP)

HANDCOLORED | ☐ '     MEDIA

SURFACE QUALITY | Semi-Glossy

PRIMARY SUPPORT TYPE | Baryta Coated Paper (Agfa)

ORIGINAL RETOUCHING ☐

SECONDARY SUPPORT TYPE

AUXILIARY SUPPORT

SECONDARY SUPPORT FORMAT

PHOTOGRAPH HOUSING | Mat

| DIMENSIONS (mm) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 278 | | |
| WIDTH | | 353 | | |

CURRENT MARKET VALUE

APPRAISAL DATE

**CONDITION**

OVERALL ASSESSMENT | ☒ EXCELLENT  ☐ GOOD  ☐ FAIR  ☐ POOR

IMAGE LAYER

I SUPPORT

II SUPPORT

AUXILIARY SUPPORT

**CONSERVATION**

PRESERVATION NEEDS | ☐ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS | ☒ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☐ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

PRIORITY | ☐ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

**COMMENTS**

Lightroom ID # 354

# PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
## OWNER: Amy S. McCombs



**ENLARGE IMAGE**

**DESCRIPTION**

**COLLECTION REC. NO.** 12.WO.91

**SURVEY DATE** 15/11/2007

**DATE OF PURCHASE** 1991

**PRICE $**

**ARTIST/ATTRIBUTION** WOLCOTT, Marion Post (American, 1910-1990)

**TITLE/DESCRIPTION** Mrs. Lloyd and Her Daughter with Pellagra in Doorway of Log house, NC.

**DATE OF CREATION** 1970 -'80

**SIGNATURE:** ☒

**INSCRIPTION** ☐ PRINT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

**VERSO** ☒
**SEE VERSO**

**TEXT OF INSCRIPTIONS** Marion Post Wolcott.
Various numbers.

**STAMP** ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

**TEXT OF STAMP**

**PHOTOGRAPHIC MEDIA** Gelatin Silver Print, Developing-Out Paper (DOP)

**SURFACE QUALITY** Semi-Glossy

**HANDCOLORED** ☐  **MEDIA**

**PRIMARY SUPPORT TYPE** Baryta Coated Paper

**ORIGINAL RETOUCHING** ☐

**SECONDARY SUPPORT TYPE**

**SECONDARY SUPPORT FORMAT**

**AUXILIARY SUPPORT**

**PHOTOGRAPH HOUSING** Mat

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| **HEIGHT** | | 278 | | |
| **WIDTH** | | 355 | | |

**CURRENT MARKET VALUE**

**APPRAISAL DATE**

**CONDITION**

**OVERALL ASSESSMENT** ☒ EXCELLENT  ☐ GOOD  ☐ FAIR  ☐ POOR

**IMAGE LAYER**

**I SUPPORT** Several folds on the left right corner.

**II SUPPORT**

**AUXILIARY SUPPORT**

**CONSERVATION**

**PRESERVATION NEEDS** ☐ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

**TREATMENT PROPOSALS** ☐ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☐ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☒ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

**PRIORITY** ☐ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

**COMMENTS**

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**



**ENLARGE IMAGE**

| | |
|---|---|
| COLLECTION REC. NO. | 135.AN.89 |
| DATE OF PURCHASE | 1989 |
| ARTIST/ATTRIBUTION | Anonymous |
| TITLE/DESCRIPTION | Chinese Boy in Traditional Dress. |
| DATE OF CREATION | 1880 |

SURVEY DATE 18/06/2007

PRICE $

SIGNATURE: ☐

INSCRIPTION ☐ PRINT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL     VERSO ☐
     ☐ MOUNT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL     **SEE VERSO**

TEXT OF INSCRIPTIONS

STAMP ☐ PRINT ☐ INK ☐ EMBOSSED     TEXT OF STAMP
     ☐ MOUNT ☐ INK ☐ EMBOSSED

| | | |
|---|---|---|
| PHOTOGRAPHIC MEDIA | Albumen Silver Print form Glass Negative | |
| HANDCOLORED ☐ | MEDIA | |
| SECONDARY SUPPORT TYPE | Board | |
| AUXILIARY SUPPORT | | |

SURFACE QUALITY Semi-Glossy     ORIGINAL RETOUCHING ☐

PRIMARY SUPPORT TYPE Coated Paper

SECONDARY SUPPORT FORMAT

PHOTOGRAPH HOUSING Mat and Archival Box

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 259 | 400 | |
| WIDTH | | 198 | 300 | |

CURRENT MARKET VALUE

APPRAISAL DATE

**CONDITION**

| | |
|---|---|
| OVERALL ASSESSMENT | ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR |
| IMAGE LAYER | Light surface stain. Abrasions. Cracking of the binder. |
| I SUPPORT | |
| II SUPPORT | Light surface stain. Yellowing along the edges. Planar distortion. Brittle margins. |
| AUXILIARY SUPPORT | |

**CONSERVATION**

PRESERVATION NEEDS ☒ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☒ Box ☒ Mat ☐ Frame ☐ Other...

TREATMENT PROPOSALS
☐ Not Required     ☐ Removal of Adhesives     ☐ Compensating for Losses
☒ Surface Cleaning     ☐ Removal from II Support     ☐ Media Compensation
☒ Humidification/Flattening     ☐ Consolidation     ☐ Other...
☐ Lining     ☐ Tears Repair

PRIORITY ☒ Cleaning ☒ Housing ☐ Conservation ☐ Other...

COMMENTS The blue-green color mounting board is typically French.



1B
Artist:
Title:
Owner:

Lightin 4 #0356

*Lightroom ID # 357*

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs



ENLARGE IMAGE

**DESCRIPTION**

COLLECTION REC. NO. 308.LA.94

DATE OF PURCHASE 1994

ARTIST/ATTRIBUTION LANGE, Dorothea (American, 1895-1965)

TITLE/DESCRIPTION Book *Broken Windmill*

DATE OF CREATION 1935

SURVEY DATE 11/12/2007

PRICE $

SIGNATURE: ☒

INSCRIPTIONS ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

VERSO ☒

SEE VERSO

TEXT OF INSCRIPTIONS Signed on the top left corner of the image with black marker.

STAMP ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

TEXT OF STAMP

PHOTOGRAPHIC MEDIA Gelatin Silver Print, Developing-Out Paper (DOP)

HANDCOLORED ☐  MEDIA

SECONDARY SUPPORT TYPE Board

AUXILIARY SUPPORT

SURFACE QUALITY Semi-Matte

ORIGINAL RETOUCHING ☒

PRIMARY SUPPORT TYPE Baryta Coated Paper

SECONDARY SUPPORT FORMAT

PHOTOGRAPH HOUSING Mat

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 332 | 332 | |
| WIDTH | | 258 | 258 | |

CURRENT MARKET VALUE

APPRAISAL DATE

**CONDITION**

OVERALL ASSESSMENT ☐ EXCELLENT  ☐ GOOD  ☒ FAIR  ☐ POOR

IMAGE LAYER Surface dirt. Minor losses along the margins.

I SUPPORT Planar distortion. The print is lifting from the secondary support.

II SUPPORT Planar distortion.

AUXILIARY SUPPORT

**CONSERVATION**

PRESERVATION NEEDS ☐ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS ☐ Not Required  ☒ Removal of Adhesives  ☐ Compensating for Losses
☒ Surface Cleaning  ☒ Removal from II Support  ☒ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

PRIORITY ☐ Cleaning  ☒ Housing  ☒ Conservation  ☐ Other...

COMMENTS The removal of the II support would flatten the print.

*Lightroom ID# 348*

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs

**DESCRIPTION**

**COLLECTION REC. NO.** | 307.LA.94

**DATE OF PURCHASE** | 1994

**SURVEY DATE** | 11/12/2007

**PRICE $**

**ARTIST/ATTRIBUTION** | LANGE, Dorothea (American, 1895-1965)

**TITLE/DESCRIPTION** | ~~Broken Windmill~~ *BACK*

**SIGNATURE:** ☒

**DATE OF CREATION** | 1938

**INSCRIPTION!** ☒ PRINT ☒ HANDWRITTEN ☐ PRINTED ☐ LABEL
☐ MOUNT ☐ HANDWRITTEN ☐ PRINTED ☐ LABEL

**VERSO** ☒
**SEE VERSO**

**TEXT OF INSCRIPTIONS** | Numbers and technical notes written with pencil on the verso.

**STAMP** ☐ PRINT ☐ INK ☐ EMBOSSED
☐ MOUNT ☐ INK ☐ EMBOSSED

**TEXT OF STAMP**

**PHOTOGRAPHIC MEDIA** | Gelatin Silver Print, Developing-Out Paper (DOP)

**SURFACE QUALITY** | Semi-Glossy

**ORIGINAL RETOUCHING** ☒

**HANDCOLORED** ☐   **MEDIA**

**PRIMARY SUPPORT TYPE** | Baryta Coated Paper

**SECONDARY SUPPORT TYPE**

**AUXILIARY SUPPORT**

**SECONDARY SUPPORT FORMAT**

**PHOTOGRAPH HOUSING** | Mat

**DIMENSIONS (mm.)** | **IMAGE** | **SHEET** | **MOUNT** | **FRAME**

**CURRENT MARKET VALUE**

**HEIGHT** | 305

**WIDTH** | 251

**APPRAISAL DATE**

**CONDITION**

**OVERALL ASSESSMENT** ☐ EXCELLENT ☒ GOOD ☐ FAIR ☐ POOR

**IMAGE LAYER** | Surface dirt. Minor losses along the margins.

**I SUPPORT** | Light planar distortion. Fold in the center area of the print.

**II SUPPORT**

**AUXILIARY SUPPORT**

**CONSERVATION**

**PRESERVATION NEEDS** ☐ Polyester Sleeve ☐ Paper Folder ☐ Support Board ☐ Box ☒ Mat ☐ Frame ☐ Other...

**TREATMENT PROPOSALS** ☐ Not Required
☒ Surface Cleaning
☐ Humidification/Flattening
☐ Lining

☐ Removal of Adhesives
☐ Removal from II Support
☐ Consolidation
☐ Tears Repair

☐ Compensating for Losses
☒ Media Compensation
☐ Other...

**PRIORITY** ☐ Cleaning ☒ Housing ☒ Conservation ☐ Other...

**COMMENTS**

*Lightroom ID# 368*

## PHOTOGRAPHIC COLLECTION PRESERVATION SURVEY
### OWNER: Amy S. McCombs



ENLARGE IMAGE

**DESCRIPTION**

| | |
|---|---|
| COLLECTION REC. NO. | 14.WO.91 |
| DATE OF PURCHASE | 1991 |
| ARTIST/ATTRIBUTION | WOLCOTT, Marion Post (American, 1910-1990) |
| TITLE/DESCRIPTION | Entrance in Roney Plaza Hotel, Miami, Florida. |
| DATE OF CREATION | 1982 |

SURVEY DATE 15/11/2007
PRICE $

SIGNATURE: ☒

INSCRIPTION! ☒ PRINT  ☒ HANDWRITTEN  ☐ PRINTED  ☐ LABEL
☐ MOUNT  ☐ HANDWRITTEN  ☐ PRINTED  ☐ LABEL

VERSO ☒
SEE VERSO

TEXT OF INSCRIPTIONS  Hotel Entrance, Miami, Flo., '39. Archivally processed by MPW, 1982. Marion Post Wolcott. Various numbers.

STAMP ☐ PRINT  ☐ INK  ☐ EMBOSSED
☐ MOUNT  ☐ INK  ☐ EMBOSSED

TEXT OF STAMP

PHOTOGRAPHIC MEDIA  Gelatin Silver Print, Developing-Out Paper (DOP)

HANDCOLORED ☐  MEDIA

SURFACE QUALITY  Semi-Glossy

ORIGINAL RETOUCHING ☐

SECONDARY SUPPORT TYPE
AUXILIARY SUPPORT

PRIMARY SUPPORT TYPE  Baryta Coated Paper
SECONDARY SUPPORT FORMAT
PHOTOGRAPH HOUSING  Mat

| DIMENSIONS (mm.) | IMAGE | SHEET | MOUNT | FRAME |
|---|---|---|---|---|
| HEIGHT | | 353 | | |
| WIDTH | | 277 | | |

CURRENT MARKET VALUE
APPRAISAL DATE

**CONDITION**

| | |
|---|---|
| OVERALL ASSESSMENT | ☒ EXCELLENT  ☐ GOOD  ☐ FAIR  ☐ POOR |
| IMAGE LAYER | |
| I SUPPORT | |
| II SUPPORT | |
| AUXILIARY SUPPORT | |

**CONSERVATION**

PRESERVATION NEEDS ☐ Polyester Sleeve  ☐ Paper Folder  ☐ Support Board  ☒ Box  ☒ Mat  ☐ Frame  ☐ Other...

TREATMENT PROPOSALS ☒ Not Required  ☐ Removal of Adhesives  ☐ Compensating for Losses
☐ Surface Cleaning  ☐ Removal from II Support  ☐ Media Compensation
☐ Humidification/Flattening  ☐ Consolidation  ☐ Other...
☐ Lining  ☐ Tears Repair

PRIORITY ☐ Cleaning  ☒ Housing  ☐ Conservation  ☐ Other...

**COMMENTS**

To: United States District Court
     Clerk of the Court
     Eastern District of Michigan
     231 West Lafayette
     Detroit, Michigan 48226

From: Amy McCombs
        3701 Sacramento Street
        # 197
        San Francisco, CA 94188
        415 672-4211

        VIN 7119647

Re: Case Number – 5:23-cr-20298

Enclosed is my claim of ownership for assets identified in a Preliminary Order of Forfeiture for forfeiture in the case U.S. vs. Wendy Beard – Case No. 5:23-cr-20298 as requested by the Court.

As requested, I am also sending my claim to the U.S Attorney's Office to the attention of Adriana N. Dydell, Assistant United States Attorney .

Please let me know if you need additional information.

Amy McCombs
asmccombs@earthlink.net
415 672-4211



**FedEx** ®

Express

ORIGIN ID:SFGA
AMY MCCOMBS                    (415) 872-4211

3701 SACRAMENTO ST PMB #197

SAN FRANCISCO, CA 94118
UNITED STATES US

TO  CLERK OF THE COURT
    U.S. DISTRICT COURT - EAST MICHIGAN
    231 WEST LAFAYETTE

    DETROIT MI 48226

SHIP DATE: 09AUG24
ACT WGT: 2.25 LB
CAD: 850316/INET HCJS

BILL SENDER

REF

PO:                    DEPT:

7778 9016 4368

MON – 12 AUG 10:30A
PRIORITY OVERNIGHT

XN DTWA                   48226

MI-US  DTW

Insert shipping
document here.

Extremely Urgent

Do not ship liquids, blood or other specimens in this packaging.